No. 470. MISSOURI PACIFIC RAILROAD COMPANY *v.* MARTIN WOODWARD. November 21, 1927. Petition for a

writ of certiorari to the Supreme Court of the State of Missouri denied. *Messrs. Thomas Hackney, Leslie A. Welch* and *Edward J. White* for petitioner. *Mr. Wm. S. Hogsett* for respondent.